**Order entered February 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01097-CR

### DANIEL MAVERO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA13-71667-L**

## ORDER

The Court **REINSTATES** the appeal.

On January 22, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed in this appeal. We **ADOPT** the findings that: (1) although counsel was appointed for appellant after he filed his notice of appeal, that attorney did not accept the appointment and no new attorney had been appointed; (2) appellant desires to continue the appeal; (3) Jeff Buchwald has now been appointed to represent appellant; (4) Sharina Fowler is the court reporter who recorded the proceedings; (5) the reporter's record was not filed because Ms. Fowler had not been told of the appeal; and (6) Ms. Fowler can file the reporter's record by March 2, 2015.

We **DIRECT** the Clerk to substitute Jeff Buchwald as appellant's attorney of record in place of Gemma Moffa.

We **ORDER** court reporter Sharina Fowler to file the reporter's record by **FRIDAY, MARCH 6, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharina Fowler, official court reporter, County Criminal Court No. 10; Jeff Buchwald; and the Dallas County District Attorney's Office.

/s/    LANA MYERS
        JUSTICE